UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| IN RE: | ) |
| | ) Case No. 2:08-mc-00101-MJK |
| SUBPOENA TO TD BANKNORTH, N.A., | ) (Case Pending in the Middle District |
| | )    of Georgia, Athens Division) |
| | ) |

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| PAUL PERKINS, Individually, and on behalf of a class of all persons similarly situated, | ) ) ) |
| Plaintiff, | ) |
| v. | ) Civil No.  3:05-DV-00100 (DCL) |
| | ) |
| AMERICAN NATIONAL INSURANCE COMPANY, | ) ) ) |
| Defendant. | ) |

## PROTECTIVE ORDER FOR CONFIDENTIAL INFORMATION

Before the Court is a Joint Motion for Protective Order For Confidential Information ("Protective Order"), submitted jointly by American National Insurance Company ("ANICO") and TD Bank, N.A. ("TD Bank") (collectively, the "Parties"), asking the Court to enter an order protecting from disclosure information produced by TD Bank except for purposes related to the *Perkins* lawsuit captioned above.

As reflected in the order entered by the Middle District of Georgia filed with this court in connection with the Parties' motion, Class Counsel have given explicit consent and approval for ANICO to collect the information referenced herein, and have given explicit consent and approval for each Agent that sold ANICO's credit insurance products to proposed Class Members and to each Lender for each proposed Class Member to provide the information

referenced herein to ANICO. The Court finds that state and federal privacy laws do not constrain and prevent ANICO, Dealers, and/or Lenders from providing the information which the District Court for the Middle District of Georgia has Ordered to be provided and which that Court has Ordered ANICO to compile. *See* 15 U.S.C. § 6802(e)(8); *Marks v. Global Mortgage Group, Inc.,* 218 F.R.D. 492 (D.W.Va. 2003).

The Court, further, specifically finds that 9-B M.R.S.A. § 163, does not require notice of the fact of the subpoena to specific customers for the reasons stated in ANICO's motion to compel and pursuant to *In Re: One Bancorp Security Litig.*, 134 F.R.D. 4, 10 (D.Me. 1991).

Finally, the Court notes that this Order provides substantially similar protection to that afforded by the Order Authorizing Methods of Data Collection And Protective Order For Confidential Information (March 17, 2008) entered in the Middle District of Georgia and filed with this Court as an Exhibit to ANICO's motion to compel.

It is, therefore, ORDERED, ADJUDGED AND DECREED as follows:

A. **DEFINITIONS**

1. The term "Agent" means ANICO's current or past producers (such as car dealerships, regardless of agency status), agents and their assigns;

2. The term "Lender" means any creditor of a class member which is a beneficiary of an ANICO credit or disability policy that was in effect at any time on or after October 7, 1999, including, but not limited to, any parent company, subsidiary or affiliate of such creditor.

B. **PROTECTIVE ORDER LIMITING DISCLOSURE**

This order governs the use and disclosure of information and documents provided by TD Banknorth to the parties in *Perkins* and by ANICO's disclosure of such information to Agents and Lenders ("Confidential Information").

1. **Disclosure of confidential Information**

Confidential Information shall be used only in connection with the litigation of the *Perkins* lawsuit and in the refunding of unearned premiums to ANICO insureds.  Confidential Information will not be given to, seen or reviewed by any person or persons, except:

(a) Counsel of either Party and that counsel's staff;

(b) Employees of ANICO or Settlement Administrators who are required to provide assistance in the conduct of this lawsuit, including settlement discussions, and in the refund of unearned premiums to ANICO insureds;

(c) Employees and staff of an Agent or Lender who participate in providing customer or loan information to ANICO.

2. **Non-Effect on Parties Own Information**

This Order has no effect upon a Party's use of its own information that might be considered Confidential Information for any purpose.

*So Ordered.*

July 15, 2008                              /s/ Margaret J. Kravchuk
                                           U.S. Magistrate Judge

**SEEN AND AGREED:**

/s/ Sigmund D. Schutz                      /s/ David B. McConnell
Sigmund D. Schutz                          David B. McConnell
Attorney for American National             Attorney for TD Banknorth, N.A.
Insurance Company
PRETI FLAHERTY BELIVEAU &                  PERKINS THOMPSON, P.A.
PACHIOS, LLP                               One Canal Plaza
One City Center, P.O. Box 9546             P.O. Box 426
Portland, ME 04112-9546                    Portland, ME  04112-0426
Tel: 207-791-3000                          Tel: 207-774-2635
Fax: 207-791-3111                          Fax: 207-871-8026
sschutz@preti.com                          dmcconnell@perkinsthompson.com