# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

|  |  |
|---|---|
| IN RE:  SUBPOENA TO TD BANK, N.A. | ) ) ) ) ) Misc. No. 08-101-P-S ) |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (Docket No. 8) filed December 1, 2008, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that TD Bank's Rule 45(c)(1) Motion for Attorney's Fees (Docket No. 5) is **DENIED**.

                                              /s/ George Z. Singal
                                              United States District Judge

Dated this 6th day of January, 2009.